2. Salesperson shall receive 15% if Salesperson is appointed by Broker to assist Broker in marketing the property and either another salesman or an employee of Broker shall obtain the Tenant, or 50% if a Cooperating Broker shall obtain the Tenant. Should principal of Broker obtain the Tenant the marketing salesman shall receive 25%

  E. If Broker does not have an Exclusive Agency, Salesperson shall receive 50% if Salesperson shall obtain the Tenant.

  F. On leases executed after October 9, 1978, if a Tenant shall purchase the premises leased by such Tenant either during the original term of the lease of during a renewal period, and if Broker receives a commission with respect to such purchase, the Salesperson who obtained the Tenant (provided that such Salesperson is engaged by Broker at the time of the purchase) shall receive a sale commission in accordance with the sale commission schedule in effect at the time that the original lease was executed.

III. If Salesperson obtains a Buyer or Tenant for a property owned in whole or in part by any Principal of Broker, Salesperson shall receive the commission to which he would have been entitled if Broker had obtained an Exclusive Agency for sale or lease for a property owned by a third party.

IV. If Salesperson shall, through his sole efforts, obtain for Broker a contract to make an appraisal for an Owner, act as a consultant to an Owner of Tenant to represent an Owner or Tenant in connection with a condemnation or assessment reduction, to serve as an arbitrator, or to give expert testimony for an Owner or Tenant, Salesperson shall receive 15%.

V. In the event Salesperson (hereinafter referred to as "Data Package Salesperson") secures information on a multi-tenant investment property (hereinafter referred to as "MTI Property") such information to include a physical description, lease digest, income and expense data - and reasonable verification of the aforementioned information, and shall assemble such information and prepare and provide a pro-forma income and expense statement and obtain a letter from the Ownership agreeing to pay commission, the said Salesperson shall be paid a commission of 25% of the commission received by Employer in the event the property is sold. In addition, the Salesperson who is the selling Salesperson shall receive 25% of the commission received by Employer. However, if an agent is appointed with respect to the sale of the MTI Property, be it Employer or another Broker, then the Data Package Salesperson shall not be entitled to the commission

4

herein provided in this Section V and shall only receive such compensation as he is otherwise entitled to receive under Section I through IV of this Schedule "A".

5

## SCHEDULE B

## LANARD & AXILBUND, INC. INSURANCE POLICIES

<u>Professional Liability</u> - The Salesperson is covered under Broker's policy as long as they are acting on behalf of Broker. "Moonlighting" activities are not covered. If Salesperson is negligent or acts willfully he will be responsible for the policy deductible.

<u>Workman's Compensation</u> - The Salesperson is not covered under Broker's policy. It is recommended that salesperson secure its own policy.

<u>Employee Automobile Non-Ownership Liability</u> - Broker is covered for automobile liability claims arising out of Salesperson's use of their automobiles while acting on behalf of Broker. However, the Salesperson would not be covered. They must be covered under their own automobile policy.

<u>Comprehensive General Liability</u> - Broker's policy covers Salesperson.

<u>Employee Dishonesty Board</u> - Broker's policy covers Salesperson.

<u>Inspection of Policies</u> - Salesperson may, from time to time, inspect the above-mentioned insurance policies of Broker at the offices of Broker upon prior written request.

*SCHEDULE C*

*WORKING
COMMISSION SCHEDULE*

I. Sale of Property/Payout on Lease/Sale of Business.

    A. Salesperson Obtains Exclusive Agency

|  |  |  |
|---|---|---|
| 1. | Salesperson or Principal of Broker sells | 50% |
| 2. | Other salesman of employee of Broker sells | 25% |
| 3. | Cooperating Broker sells | 50% |

    B. Non-Jurisdiction

        1. Salesperson Obtains Agency Only And,

|  |  |  |
|---|---|---|
| (a) | Another salesman or employee of Broker sells | 10% |
| (b) | Principal of Broker sells | 25% |
| (c) | Cooperating Broker sells | 20% |

|  |  |  |
|---|---|---|
| 2. | Salesperson handles and sells | 40% |
| 3. | Salesperson sells ONLY | 30% |
| 4. | Salesperson handles and, | |

|  |  |  |
|---|---|---|
| (a) | Another salesman or employee of Broker sells | 10% |
| (b) | Principal of Broker sells | 25% |
| (c) | Cooperating Broker sells | 20% |

    C. Salesperson sell Another Salesperson's Agency     25%

    D. Office Agency/Any Principal of Broker Owns all or part

|  |  |  |
|---|---|---|
| 1. | Salesperson handles and sells | 50% |
| 2. | Salesperson sells | 35% |
| 3. | Salesperson handles/another salesman or employee of Broker sells | 15% |
| 4. | Salesperson handles/Cooperating Broker sells | 50% |
| 5. | Salesperson handles/Principal sells | 25% |

    E. Sale of Non-Agency     50%

    F. Appraisals, Condemnation, Assessment Reduction, Arbitrator, Expert Testimony     15%

    G. Salesperson provides data package on multi-tenant investment property

|  |  |  |
|---|---|---|
| 1. | Data Package Salesperson | 25% |
| 2. | Selling Salesperson, if any | 25% |

II. Lease of Property

    A. Salesperson Obtains Exclusive Agency

        1. Salesperson or Principal of Broker leases     50%
        2. Other Salesperson or Employee of Broker leases     25%
        3. Cooperating Broker leases     50%

    B. Non-Jurisdiction

        1. Salesperson Obtains Agency Only And

            (a) Another salesman or employee of Broker leases     10%
            (b) Principal of Broker leases     25%
            (c) Cooperating Broker leases     20%

        2. Salesperson handles and leases     40%
        3. Salesperson leases ONLY     30%
        4. Salesperson handles and

            (a) Another salesman or employee of Broker leases     10%
            (b) Principal of Broker leases     25%
            (c) Cooperating Broker leases     20%

    C. Salesperson Leases Another Salesperson's Agency     25%

    D. Office Agency/Any Principal of Broker Owns all or part

        1. Salesperson handles and leases     50%
        2. Salesperson leases     35%
        3. Salesperson handles/another salesman or employee of Broker leases     15%
        4. Salesperson handles/Cooperating Broker leases     50%
        5. Salesperson handles/Principal leases     25%

    E. Lease of Non-Agency     50%

\22249