IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANARD & AXILBUND, LLC d/b/a COLLIERS INTERNATIONAL,<br><br>             Plaintiff,<br><br>             v.<br><br>JASON M. WOLF and WOLF COMMERCIAL REAL ESTATE,<br><br>             Defendants. | CIVIL ACTION<br><br>No. 2:14-00234 |

## **ORDER**

This 23rd day of September, 2014, it is **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint is **DENIED.**

                                                                       /s/ Gerald Austin McHugh
                                                               United States District Court Judge